W. IRVING SHELP and Another, Respondents, v. WILLIAM G. CUSHMAN

and Another, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.